# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MARYLAND
### Northern Division

| | |
|---|---|
| TONYA S. MARTIN, Individually and as Personal Representative of the Estate of ROBERT SUMMERS<br>22805 Goddard Court, #48<br>Leonardtown, Maryland 20650<br><br>and<br><br>S█████ S███████, a minor, by his mother and next friend LORIKEET SPENCE<br>1608 Pittsfield Lane<br>Bowie, Maryland 20716<br><br>and<br><br>C█████ S█████, a minor, by his mother and next friend, LASHAUNTAY YELDELL<br>800 Kenilworth Avenue, N.E., Apt. 116<br>Washington, DC 20019<br><br>and<br><br>J███ S███████, a minor, by his mother and next friend, LASHAUNTAY YELDELL<br>800 Kenilworth Avenue, N.E., Apt. 116<br>Washington DC 20019<br><br>*Plaintiffs*<br><br>v.<br><br>WEXFORD HEALTH SOURCES, INC.<br>501 Holiday Drive<br>Foster Plaza Four<br>Pittsburgh, Pennsylvania 15220<br><br>*Defendant* | Case No.: _____ |

LAW OFFICES
MEYERS, RODBELL
& ROSENBAUM, P.A.
SUITE 400-BERKSHIRE BUILDING
6801 KENILWORTH AVENUE
RIVERDALE PARK, MARYLAND 20737-1385
(301) 699-5800

{246867.DOCX}

## NOTICE OF REMOVAL

Defendant Wexford Health Sources, Inc. ("Wexford"), by and through its attorneys, Joseph B. Chazen, Gina M. Smith, Samuel T. Wolf, and Meyers, Rodbell & Rosenbaum, P.A., files this Notice of Removal pursuant to 28 U.S.C. §§ 1332, 1441, and 1446, and states:

1. On April 13, 2017, Plaintiffs filed this action in the Circuit Court for Baltimore City, Maryland. The Circuit Court for Baltimore City assigned this matter case number 24-C-17-001954. Plaintiffs' Complaint presents survival and wrongful death claims under the Maryland Health Care Malpractice Claims Act, Md. Cts. & Jud. Procs. Code Ann. § 3-2A-01, *et seq.*

2. Defendant Wexford Health Sources, Inc. was served with process on May 1, 2017.

3. Plaintiff Tonya S. Martin is a resident and citizen of Maryland.

4. Minor Plaintiff S██ S██ and his next friend Lorikeet Spence are residents and citizens of Maryland.

5. Minor Plaintiffs C██ S██ and J██ S██ and their next friend Lashauntay Yeldell are residents and citizens of the District of Columbia.

6. The Decedent, Robert Summers, was a resident and citizen of Maryland at the time of his death.

7. Defendant Wexford Health Sources, Inc. was incorporated in Florida and its principal place of business is in Pittsburgh, Pennsylvania.

8. There is diversity of citizenship.

9. Wexford is not a citizen of Maryland.

LAW OFFICES
MEYERS, RODBELL
& ROSENBAUM, P.A.
SUITE 400-BERKSHIRE BUILDING
6801 KENILWORTH AVENUE
RIVERDALE PARK, MARYLAND 20737-1385
(301) 699-5800

{246867.DOCX}                    2

10. The amount in controversy exceeds $75,000, and removal is proper under 28 U.S.C. § 1446(c)(2)(A)(ii), which permits a notice of removal to "assert the amount in controversy if the initial pleading seeks . . . a money judgment, but the State practice either does not permit demand for a specific sum or permits recovery of damages in excess of the amount demanded." Because this case is subject to the Maryland Health Care Malpractice Claims Act, Plaintiffs' Complaint was subject to Md. Cts. & Jud. Procs. Code Ann. § 3-2A-02(b), which mandates that "an initial pleading . . . may not contain a statement of the amount of damages sought other than that they are more than a required jurisdictional amount." Plaintiffs were prohibited by State law from making a specific demand, and Plaintiffs would be entitled to recover damages in excess of the total $60,000 they demand in their Complaint.

11. Copies of all process, pleadings, and orders served upon Wexford are being filed at the same time as this Notice of Removal.

12. A copy of the Notice of Filing Notice of Removal, filed in the Circuit Court for Baltimore City, is attached as **Exhibit 1**.

Respectfully submitted,

**MEYERS, RODBELL & ROSENBAUM, P.A.**

_/s/ Joseph B. Chazen_
Joseph B. Chazen, No. 03164
jchazen@mrrlaw.net

_/s/ Gina M. Smith_
Gina M. Smith, No. 22425
gsmith@mrrlaw.net

LAW OFFICES
MEYERS, RODBELL
& ROSENBAUM, P.A
SUITE 400-BERKSHIRE BUILDING
6801 KENILWORTH AVENUE
RIVERDALE PARK, MARYLAND 20737-1385
(301) 699-5800

{246867.DOCX} 3

_____
Samuel T. Wolf, No. 17533
swolf@mrrlaw.net
6801 Kenilworth Avenue, Suite 400
Riverdale, Maryland  20737
(301) 699-5800
(301) 779-5746 Facsimile
*Attorneys for Wexford Health Sources, Inc.*

### CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 31st day of May 2017, a copy of this Notice of Removal was mailed, first class, postage prepaid, to:

Paul D. Bekman, Esq.
Bekman, Marder & Adkins, LLC
300 West Pratt Street, Suite 450
Baltimore, Maryland 21201

Samuel M. Shapiro, Esq.
Samuel M. Shapiro, P.A.
200 Monroe Street, Suite 233
Rockville, Maryland 20850

_____
Gina M. Smith

LAW OFFICES
MEYERS, RODBELL
& ROSENBAUM, P.A.
SUITE 400-BERKSHIRE BUILDING
6801 KENILWORTH AVENUE
RIVERDALE PARK, MARYLAND 20737-1385
(301) 699-5800

{246867.DOCX}                    4